Baer, S

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TWENTIETH CENTURY FOX FILM
CORPORATION, VIACOM INTERNATIONAL
INC., COMEDY PARTNERS, DISNEY
ENTERPRISES, INC., PARAMOUNT
PICTURES CORPORATION, and WARNER
BROS. ENTERTAINMENT INC.

*Plaintiffs*,

v.

LIMEWIRE LLC, LIME GROUP LLC, and
MARK GORTON

*Defendants*.

No. 12 CIV 0818 (HB)

## STIPULATION AND PROPOSED ORDER

WHEREAS Plaintiffs Twentieth Century Fox Film Corporation, Viacom International Inc., Comedy Partners, Disney Enterprises, Inc., Paramount Pictures Corporation, and Warner Bros. Entertainment Inc. (collectively, "Plaintiffs") initiated this civil action for copyright infringement, under 17 U.S.C. § 501, against LimeWire LLC, Lime Group LLC, and Mark Gorton (collectively, "Defendants") on February 1, 2012;

WHEREAS Defendants accepted service of Plaintiffs' Complaint on May 24, 2012;

WHEREAS pursuant to Fed. R. Civ. P. 12, the time within which Defendants must answer or otherwise respond to the Complaint will expire on June 14, 2012;

WHEREAS the parties have been engaged in settlement discussions and intend to mediate this dispute in good faith;

77813.1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for both parties, subject to the approval of the Court, that the time for Defendants to answer or otherwise respond to the Complaint shall be extended until ~~sixty (60)~~ twenty (20) days from the date of the court-supervised mediation of this action. *HB*

Date: June 7, 2012

_____
Gianni P. Servodidio

JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022
Email: gps@jenner.com
Phone: (212) 891-1600

*Attorneys for Plaintiffs Twentieth Century Fox Film Corporation, Viacom International Inc., Comedy Partners, Disney Enterprises, Inc., Paramount Pictures Corporation, and Warner Bros. Entertainment Inc.*

_____
Todd G. Cosenza

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Email: tcosenza@willkie.com
Phone: (212) 728-8000

*Attorneys for Defendants LimeWire LLC, Lime Group LLC, and Mark Gorton*

**SO ORDERED:**

Dated: 7/10/12

_____
U.S.D.J.

-2-

77813.1