USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

TWENTIETH CENTURY FOX FILM CORPORATION,  :
VIACOM INTERNATIONAL INC., COMEDY  :
PARTNERS, DISNEY ENTERPRISES, INC.,  :
PARAMOUNT PICTURES CORPORATION, AND  :
WARNER BROS. ENTERTAINMENT INC.  :          No. 12-CV-0818 (HB)

               Plaintiffs,  :

    v.  :

                               :

LIME WIRE LLC; LIME GROUP LLC; and MARK  :
GORTON  :
               Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

## STIPULATION AND PROPOSED ORDER

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for both parties, subject to the approval of the Court, that the time for defendants Lime Wire

LLC, Lime Group LLC, and Mark Gorton to move, answer or otherwise respond to the

Complaint filed in the above-referenced action is extended up to and including October 23, 2012.

Dated: New York, New York
       October 18, 2012

Gianni P. Servodidio
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel. (212) 891-1600
Fax. (212) 891-1699

*Attorneys for Plaintiffs*

Michael S. Shuster
HOLWELL SHUSTER &
GOLDBERG LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Tel. (646) 837-5151
Fax. (646) 837-5150

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/14/12

Hon. Harold Baer, Jr.
UNITED STATES DISTRICT JUDGE

1