UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TWENTIETH CENTURY FOX FILM CORPORATION,
VIACOM INTERNATIONAL INC., COMEDY
PARTNERS, DISNEY ENTERPRISES, INC.,
PARAMOUNT PICTURES CORPORATION, AND
WARNER BROS. ENTERTAINMENT INC.

            Plaintiffs,

v.

LIMEWIRE LLC; LIME GROUP LLC; and MARK
GORTON
            Defendants.
---------------------------------------------------------X

No. 12-CV-0818 (HB)

`USDS SDNY`
`DOCUMENT`
`ELECTRONICALLY FILED`
`DOC #:`
`DATE FILED: 11/8/12`

## STIPULATION AND ~~[STRUCK]~~ ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for both parties, subject to the approval of the Court, that (1) the time for defendants LimeWire LLC, Lime Group LLC, and Mark Gorton to respond to Plaintiffs' Motion for Partial Summary Judgment filed in the above-referenced action is extended up to and including November 12, 2012; and (2) the time for plaintiffs Twentieth Century Fox Film Corporation, Viacom International Inc., Comedy Partners, Disney Enterprises, Inc., Paramount Pictures Corporation and Warner Bros. Entertainment, Inc. to reply thereto is extended up to and including November 21, 2012.

Dated: New York, New York
November 6, 2012

_____
Gianni P. Servodidio
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel. (212) 891-1600
Fax. (212) 891-1699

*Attorneys for Plaintiffs*

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
Date: 11/7/12

_____
Avi Israeli
HOLWELL SHUSTER &
GOLDBERG LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Tel. (646) 837-5151
Fax. (646) 837-5150

*Attorneys for Defendants*